1 | IAN SILVERBERG, ESQ. (#5501)
Hardy Law Group
2 | 96 & 98 Winter Street
Reno, NV 89503
3 | (775) 322-7422

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEFFREY COMER,

    Plaintiff,                       CV-N-06-00528-LRH (RAM)

vs.

LIFECARE MANAGEMENT SERVICES,
LLC, a Louisiana limited liability
corporation,

    Defendant.

## SUBSTITUTION OF COUNSEL

COMES NOW, Plaintiff, JEFFREY COMER, and hereby substitutes IAN SILVERBERG, ESQ., of Hardy Law Group, 96 & 98 Winter Street, Reno, Nevada 89503; (775) 322-7422 as counsel for Plaintiff in the above entitled action, in place of and instead of JEFFREY DICKERSON, ESQ.

DATED this 30th day of March, 2007.

_____
JEFFREY COMER

I hereby consent to the above and forgoing substitution.

DATED this 30th day of March, 2007.

_____                    _____
IAN SILVERBERG, ESQ.                              JEFFREY DICKERSON, ESQ.

IT IS SO ORDERED this 2nd day of April, 2007

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of HARDY LAW GROUP, 96 & 98 Winter Street, Reno, Nevada 89503, and that on this date I served the foregoing document(s) described as follows: **SUBSTITUTION OF COUNSEL** on all parties to this action by:

__X__  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage paid, following ordinary business practices.

_____  Personal delivery

_____  Facsimile (FAX)

_____  Federal Express or other overnight delivery

_____  Reno/Carson Messenger Service

_____  Certified Mail with Return Receipt Requested

addressed as follows:

Susan Heaney Hilden, Esq.
LITTLER MENDELSON, P.C.
50 W. Liberty St., Ste. 400
Reno, NV 89501

Jeffrey Dickerson, Esq.
9655 Gateway Dr., Ste. B
Reno, NV 89521

Dated this 30th day of March, 2007.

Ana Kauffmann

H:\Secretary\atty\Ian\Litigation\Comer\Substitution of Counsel.wpd